## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 09-cr-00487-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEODORE LEE WRIGHT, JR.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conversation between Probation Officer Thomas Meyer and Chambers staff on February 10, 2010, the hearing to modify conditions of Defendant Wright's supervised release, set for February 12, 2010 at 10:00 a.m., is VACATED.

    DATED:  February 11, 2010